Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# FILED

## UNITED STATES DISTRICT COURT

for the

District of New Mexico

C̲i̲v̲i̲l̲ Division

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN − 3 2020

MITCHELL R. ELFERS
CLERK

Case No. _____

20 cv 535 JH/GJF

*(to be filled in by the Clerk's Office)*

Jesse Cox

)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Bernalillo County

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    *Jesse Cox*

All other names by which
you have been known:

ID Number               *69139*

Current Institution     *ROC - CNMCF*

Address                 *CNMCF. P.O. Drawer 1328*

                        *Los Lunas     NM   87031*
                             City      State     Zip Code

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                    *Albuquerque Police Department 2 times*
Job or Title *(if known)*   *Officers of Law*
Shield Number           *400 Roma*
Employer                *State of New Mexico*
Address                 *400 Roma*
                        *Albuquerque   NM   87102*
                             City      State     Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name                    *District Attorneys office 2 times*
Job or Title *(if known)*   *District Attorneys and Judges*
Shield Number
Employer                *State of New Mexico*
Address                 *520 Lomas NW*
                        *Albuquerque   NM   87102*
                             City      State     Zip Code

☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                       Home Depot
    Job or Title *(if known)*    Home Dept Personnel
    Shield Number
    Employer           ~~State of New Mexico~~ owner
    Address            2820 Coors Bl NW
                         Albuquerque NM 87120
                         *City*         *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                       Loves Truck Stop
    Job or Title *(if known)*    Truck Stop personell
    Shield Number
    Employer            Truck Stop owner
    Address            I-40 & Central
                         Albuquerque NM 87120
                         *City*         *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

2 more on back - cont.

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal Civil procedure - Habeas Corpus Petition or criminal
Chap 12 Motion to vacate 12:1-12-11
Chap 11 Distinguishing Civil Rights 11:1 - Heck vs. Humphrey
cont. on back - See HB

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

State 1983 claim

Defendant no. 5
name: Mcintosh County Oklahoma
Job or title: officers - prosecution - and Jail Staff
Street Address: Gen Delivery
State Zip code: # Oklahoma 74845
Phone: = 918-657-Unknown
E-mail
Defendant no. 6
name: Luna City
Job or title: Officers of Law & prosecution and Jail
Street Address: Courthouse & Jail & my house &
Grandmas
City, and Cty: Deming, Luna
State & Zip code: New Mexico 88030
Telephone # 505-Unknown
E-mail Unknown

Also 7:
Walgreens on Central & University of N.M
Circle K on 98th street near central
Flying J on 98th & I-40 near &
Dollar store on coors & I-40 also others-

II-B - Chapter 8 mootness - challenging pretrial conduct
Procedure was wrong and proceeded on lies & no witness-
es - 2 times - now wrongfully incarcerated on dismissed
charges for 60 days - CR-2019-08993; 2020-00273-
Dismissed, also Kremens vs. Bartley, 431 U.S. 119, 127-32
97 SCt 1709, 52 L, Ed 2d 184 23 Fed R Serv 2d 662 (1977)
cont, on blank page Attached

Its at this moment an ongoing descrimination against my freedom. ~~I was addressing~~ The Law is through legal access here and has been very bullheaded and unfair acting as if its probably none too true so far. for the record.

Statute #s Fed Crim proc- Rule 12.4 Rule 13 Rule 14 Rule 15, Rule 16, Rule 21, Rule 5.1, Rule 35, Rule 41(D) Rule 47 Rule 48 Rule 51(B) Fed Rule of Evidence 103- Rule 52(B) Rule 58) Rule 60 Failure to comply of Witnesses Rule 1 - Rule 3 Rule 4 Rule 7 Rodney King act

Chapter ~~37~~ Custody

"As to whether or not I'm still incarcerated should be released soon, and what avenue to best pursue while this needs filed and is all possibilities"

This was written by me in advance on Case# 19CV690RB/KBM with prior knowledge of the interworkings of the situation I was in before dismissal of current charges fighting a second bogus charge that consisted of the three latest dismissals, that they would interrupt my filing. I will now add that I'm wrongfully imprisoned on the dismissed charges of ~~Ca#~~ 2019-0839 & 2020-00273 for 60 days now contacting the DA & Judge and caseworker & filing all available Greivances as possible. What that adds to previous 8yrs. - Seeking release from ~~another mistake~~ against my ~~freedom~~ since ~~Statute numbers~~ I'd ask the court refile this case as a new case or old as necessary What the issue is still ~~and~~ an issue they have of some type of prejudice against me being proven by all these errors, and lack of legal access was not my fault or doing naturally they would hope I couldn't acquire the relief necessary to the righting of these wrongs whoever it is. It's still necessary. as that

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

The Defendants Knowingly and Somehow maybe I'm alleging must have had Some form of prejudicial Joinder on these fraudulent Schemes that th

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner    But charges were Dismissed

☐   Convicted and sentenced federal prisoner

☑   Other *(explain)*   Convicted But Charges was Dismissed

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At this point the proof is in the Continuing of the Unfair Obsurdity's that are totally out of hand for the past 8yrs keeping me detained when innocent

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

They arose again this time at MDC the day my Charges CR: 2019-03993; 2020-00273 were dismissed and I was mistakenly sent to prison please Check into this. also if possible So I Can be released ASAP What its Absurd Sorry to use the word but

Cont. II
and just mention that on the dismissal of CR:2019-03993-2020-00273 - When my lawyer who must not have been paying attention good had me sent to D.O.C. and was repeatedly telling me he couldn't help me with an appeal or anything brings about another State or federal complaint Thats way out there to believe. but I'm in here needing released on it now that I get the J&S and have been over detained by another 60 days as of yesterday. at the 1500$ or 3000$ a day. that I hear is fair on pain and suffering. So to say March 06 was the Date of Dismissal- to include 18 days waiting for transport.

Cont. III
that all of this discrimination can be proved with its obvious in the way Statutes were violated repetatively on me with no attempt at repair or remorse when I had ask for relief their was none until I've resorted at as a last resort to this the inmates and friends and family saw what happened.

C.      What date and approximate time did the events giving rise to your claim(s) occur?

March 26th 2020 again were false charges pressed at a gas station for arson, but its being dismissed also so not to mention — and cont. on back

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts are in the paperwork and that it shows my charges are dismissed on my Judgement and sentence. Or will be dismissed. I have applied for review. And written the attorney. Jon See. Everything of the errors is in the paperwork, all of Grandmas mental health history, mine, the cont. on back.

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hospital visit needed badly now for back pain for oxycodone or some form of back pain pill. While Ive visted then twice I needed more visits and to see a specialist to get settlement and SSI. Also pain and suffering of Jail time during incarcerations

## VI.      Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The amount sought in the State Lawsuits I filed restitution to other that is about 100,000,000$ dollars plus the new case of discrimination 7,000,000$ plus the days of over detention of 88 to 60 days at 1500$ or 3,000$ a day 444,000 in time sheet errors to Good time figuring type O's Also I'm still trying and winning at putting it all together that some much larger injustice is being done, Of possible theft and things to be $500,000,000 from the Gov.

in the back and of arriving back I braced one of my vertebrae. In my spine rearending another police officer on the ride to the Jail. Also Grandmother had willed me verbally her house and land in Deming My Biological father willed me his house and Land in Oklahoma, and I had a lot of priceless things that were lost including 30 or 40 lbs of Grandpas gold from Grandma and a cadillac and Motorhome + trailer. My moms things are now tied up with my step dad in Oklahoma There was a lot of slander and ridicule that is criminal + civil suits over those years. Mother had 69 Camaro Convertible and house with Step dad also Grandma has by bad memory made up a lot of Untrue lies on me and in the process done I'm not sure with my Chelsea clock + persian prayer rug, and Speci weighted pool stick from 1950's, and sewing machine 1800's She thinks is hers from my mother. Belgian or Brazilian Suits 5 are there and My R.V. trailer 30 ft long. I need to legally come into possession of my things and figure whats happening with charges that are fake. I'm in Who's Who top 200 poets in USA, the Deans List for poetry and Student by 10 or 11 times and would pursue writing and other things.

Pg 40 #/( cont 2nd page front & back (front)

Defendants - from Luna County Put me in prison on a Robbery and forgery charge, also the charges that They used on me to habitually enhance my charge of 1½ years to 8 and gave me 3 yrs and 1½ already Served on before my knowledge and use of the law and these claims has allowed me to file and State that my crys of innocence fell on deaf ears there when my grandmother had lent me her truck during or after a slight argument which I clocked and triple checked with her I was not stealing it to drive it, she forgot because of extensive dimentia we now know and had me arrested for robbery. I was sent myself for competency evaluation in Las Vegas and passed and she wouldn't have and now has a caretaker. That along with I had a forgery charge there that I got trying to cash a check that was forged when I didn't write it, The detective knowingly prosecuted me because I didn't tell him who the person was and incriminate someone else. he told me I'd do the time was wrong, Oklahoma and McIntosh Cty put me in prison for a motorcycle I found in the ditch. When I told them I hadn't stole it and wrecked with me

Pg 40 #/( cont.

Combination, Cost me 8 yrs of my freedom
behind bars, or in Custody.
Defendant N#1=

Did knowingly lie against me personally twice
now, putting me at the mercy of their illegal
Search and Seizure of a used needle. Which would
have never been available to go into my pockets
without lying of a trespassing Sign on the Scene
of where I was sitting with a friend on a Sidewalk
they manipulated me in court to taking Drug court
What Im Bipolar, Slightly Disabled, to taking a
guilty plea. that Statutes & rules say is always bad
advice. And Sent me to prison Anyway now
For 60 days So far when the Judge Dismissed
Charges- 2020 CR: 2019-03993; 2020-00273 -
Judgement & sentence Shows Dismissal, and trying at
this paperwork I've been overdetained also again
against my will for 60 days now from last arrest.
The time before on case # 1:19-CV-00770-WJ-KK
That was dismissed and I am still pursuing was
3mths detention for lying I had a Knife out
on security guards at Home Depot. And was threatening
then. Also this Charge was done several errors, that
were malicious, intentional, to be proved by the
extent of how many are being done on my cases-
Cont'd (pg 3) front

Cont Pg 12 of 11

back to back to try to get me in trouble - that shouldn't be. They broke the ten day rule 4 times every time I had it, proceeded with a lie in the complaint under penalty of perjury when I was telling them to ~~fix the~~ Amend the information within 5 days according to Federal procedure. They also didn't give me counsel until the day of my preliminary hearing, proving prejudice as too big of a ~~into~~ mistake to be an honest mistake making it impossible to get a fair trial without advice before that point. This would also include the District attorneys office. I informed them in letters on both cases of the lies and ~~they~~ ~~pro~~ the penalty's of perjury and they proceeded to process me with no reply to my letters on both cases. The previous case being ~~an~~ an assault with a deadly weapon case that was a total lie. It shows otherwise on Lapel video that I never ~~po~~ produced a knife or made any threats that is to include Home Depot security guards and staff, they were however on the Lapel video saying in front of the car they only had me on Shoplifting, unless they ~~throwed~~ a Assault with a deadly weapon charge on me that that would hold me in there

Cont Pg 4 of 11 -

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MDC & RDC-CNMCF

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

In the Greivance box SAC-103 RDC and EPod MDC-Cell 115

2.   What did you claim in your grievance?

That the facility was holding me against my will and I should be released on Dismissed Charges

3.   What was the result, if any?

The response was none within 10 days Called mclendon, also had response on Non Greivable Issues

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I greived it and its non greivable Issues for the lawyer to handle.

F.     If you did not file a grievance:

　　1.   If there are any reasons why you did not file a grievance, state them here:

　　2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Case managers - Legal access - OMS

G.     DIA Office - Courthouse - Public Defender Office
Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

The Second Judicial District Court

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes Sc

☐ No no

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    Jesse Cox
    Defendant(s)   Bernalillo County - APD - Home Depot
    ~etc.

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    Second Judicial District Bernalillo NM

3.  Docket or index number
    ~~FPCV09PR3/KBM~~ One State Case # unknown

4.  Name of Judge assigned to your case
    ~~Unknown~~ none not linked

5.  Approximate date of filing lawsuit
    ~~last year mid year~~ none

6.  Is the case still pending?

    ☒ Yes Sc

    ☒ No no

    If no, give the approximate date of disposition.   Unknown

7.  What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    appealling all cases

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

     Plaintiff(s)   Jesse Cox

     Defendant(s)   Not Sure they relate to that case NM

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     N/A inadequate resource at prison

3.   Docket or index number

     Unknown

4.   Name of Judge assigned to your case

     unknown

5.   Approximate date of filing lawsuit

     last year all others were fine but one

6.   Is the case still pending?

     ☑ Yes

     ☐ No

     If no, give the approximate date of disposition   Cases to be appealled and amended last year

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     I was ran out of time on Deadlines because of Corona Virus and Lack of Legal access at MDC Jail, also - chapter 8 mootness challenging pretrial conduct procedure was totally wrong + proceeded on case with no witnesses also lies in court on back

7- Complaint never amended. Lawyer repeatedly stated there was a guilty plea on a felony and their wasn't when also again it was dismissed. There was no contest on two misdemeanors only. Kremens vs. Bartley 431 US.119, 127-32, 975 (+ 1709, 52 L, Ed 2d 184 23 Fed RServ 2d 662 (1977)

Chapter 7 (custody) Im also again in prison on charges that are dismissed and I never pled to ~~just to~~ for what reason needs addressed. The Detail sheet shows two misdemeanors and that is not what I ~~was~~ I read on the J and S it says 8 yrs to be dismissed. Chapter 6 Cognizability

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5-27-20

Signature of Plaintiff        *Jesse Cox*
Printed Name of Plaintiff    Jesse Cox
Prison Identification #      69139 — Unit 3AC-103
Prison Address        RDC CNMCF PO Drawer 1328
                       Los Lunas              NM  87031
                       _City_              _State_  _Zip Code_

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number              _____
Name of Law Firm          _____
Address                _____
                       _____
                       _City_              _State_  _Zip Code_

Telephone Number          _____
E-mail Address            _____

dismissed on Case# CU19-CO770-WT/KK
that was dismissed with prejudice. Should
Allow me to bring up again the case along
with case# 1:19-CV-00690RB/BM- One
Copy of Rule 41(b) for failure to comply
with court orders which was I needed
the court to order the inmate account
statement on the jail I have proof of
my trying to acquire it through all
means at MDC being unfair. Also that
none of the people I sent state summons
too replyed within the 30 days is mail'
fraud done by the court. To be added
to lawsuit. in this prison the Mail fraud
statute I'm researching now to find
but the court denied My lawsuit on
~~that~~ with a summons served on a party
with no reply to put the people in
Default is also being pursued on State
Court. With a new seperate lawsuit on
the judges and people involved with that at
district court along with the Judges.

Enclosed *Attachment* 5-28-20
is the self addressed envelope please
use NM Gen fund for return service
and file my Non Greivable Case; with
the federal Court. The issues of how badly
they are treating me with errors in
arrest and paperwork are real and its
Un constitutional and totally unfair to me
that I'd be housed in a prison longer than
my due date. I'm at this point also
trying to secure Good time figuring
sheets for this incarceration and last
and pursue this to the best of my abilitys
that. Also I really need an attorney. that
could represent me, and 7 copies of summ-
ons for the defendants to go along with
Case I'm filing in seperate envelope
as well as any other papers the court
may need. for me to proceed in forma
Pauperis. A Motion to proceed (copy. A
motion to also pursue the leave granted
of a furlough on my case that was fill

ALSO Filing again Pg 2 Attachment cont.

5-28-20

On the Lawsuits that should have went into Default in State Court, after the Summons was never replyed to in the 180 Days I never recieved any response from then APD- or McIntosh Cty or NMDOC- The thing winds up to be mailfraud on the court when the Judge didn't file them as went into Default, when I sent the Papers. Lawsuit will be sent seperately in 1 day- day of tommorrow the 29th of May- Thank-You!

Sincerely

Jessi Cox

Inmate Name: Jesse Fox
Inmate Number: 132
CNMCF/CMRU/UNIT# 37C-103
P.O. Drawer 1328
Los Lunas, NM 87031

LEGAL MAIL

United States Dist.
District the New Mexico
Clerk of the Clerk
333 Lomas Blvd NW
Albuquerque NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN - 3 2020

MITCHELL R. ELFERS
CLERK OF COURT